UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Jacob Charles Schalmo | : | Case No.: 23-30740 |
| | : | Chapter 7 |
| Debtor(s). | : | Judge John P. Gustafson |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Equity Resources, Inc., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Stephen R. Franks
        Stephen R. Franks (0075345)
        Edward H. Cahill (0088985)
        Adam B. Hall (0088234)
        Steven H. Patterson (073452)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R. Franks.
        Contact email is srfranks@manleydeas.com

23-009839_PS

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Patti Baumgartner-Novak, Chapter 7 Trustee, pnovak@buckeye-express.com

Jonathon Carl Elgin, Attorney for Jacob Charles Schalmo, jc@jcelgin.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jacob Charles Schalmo, 2288 US Hwy 224E, Greenwich, OH 44837

Huron County Treasurer, 16 East Main Street , Norwalk , OH 44857

/s/ Stephen R. Franks

23-009839_PS